# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: LINENS HOLDING CO., et al., | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Case No. 08-10832 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| LNT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 09-53261 (CSS) |
| | ) | |
| -vs- | ) | |
| | ) | |
| SOUTH DENVER MARKETPLACE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal of this action without prejudice in accordance with Fed. R. Civ. P. 41 and Fed. R. Bankr. P. 7041. Each party shall bear his/its own costs and attorneys' fees. This adversary proceeding may be closed.

*[Signatures on following page.]*

1

| | |
|---|---|
| **SULLIVAN · HAZELTINE · ALLINSON LLC** | **Ciardi Ciardi & Astin** |
| /s/ E.E. Allinson III | /s/ Daniel K. Astin |
| William D. Sullivan (No. 2820) | Daniel K. Astin, Esq. |
| Elihu E. Allinson, III (No. 3476) | Anthony M. Saccullo, Esq. |
| 4 East 8th Street, Suite 400 | Mary E. Augustine, Esq. |
| Wilmington, DE 19801 | Carl D. Neff, Esq. |
| Tel: (302) 428-8191 | Citizens Bank Center |
| Fax: (302) 428-8195 | 919 North Market Street, Suite 700 |
| zallinson@sha-llc.com | Wilmington, DE 19801 |
| *Counsel for Defendant South Denver Marketplace* | *Counsel for Plaintiff LNT Services, Inc.* |
| Dated: 2/24/10 | Dated: 2/24/2010 |